# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT ANTHONY SMITH,
Petitioner,
vs.
THE INSPECTOR GENERAL'S
OFFICE; AND PAM DELPORTA,
Respondents.

No. 71241

FILED

NOV 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on September 13, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Maui Y. Linder_

cc: Robert Anthony Smith
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-34142